**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**GARRETT HUBBARD,**
**individually and on behalf of all**
**others similarly situated,**

**Case No.: 3:24-CV-00335**

      **Plaintiff,**

**v.**

**DESTIN FIRE CONTROL DISTRICT,**

      **Defendant.**

                             /

## DEFENDANT'S NOTICE OF DOCUMENTS FROM STATE COURT IN SUPPORT OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446(a), Defendant, Destin Fire Control District (hereinafter "Destin Fire"), files the following documents constituting process, pleadings, and orders existing on file in the state court in this removed action:

(1) Complaint;

(2) Served Summons;

(3) Notice of Filing Opt In for Garrett Hubbard; and

(4) Order to Plaintiff Regarding Required Reporting.

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

**COLE, SCOTT & KISSANE, P.A.**

/s/ *Michael B. Kelly*
**Michael B. Kelly, Esq.**
Florida Bar No.: 115345
**Kayla N. Ryan, Esq.**
Florida Bar No.: 1047675
890 South Palafox Street, Ste. 200
Pensacola, Florida 32502
Telephone: (850) 483-5900
Email: Michael.Kelly@csklegal.com
Email: kayla.ryan@csklegal.com
Email: zaray.avino@csklegal.com
*Attorneys for Defendant*

**SERVICE LIST**
Jeremiah J. Talbott
Florida Bar No.: 015484
Law Office of J.J. Talbott
900 E. Moreno Street
Pensacola, FL 32503
Telephone: (850) 437-9600
Facsimile: (850) 437-0906

*Attorney for Plaintiff*